**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 21-51509 |
| | : | |
| The Gathering Place of Columbus, | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Preston |

**APPLICATION FOR EMPLOYMENT AND RETENTION**
**OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., LPA**
**AND THE CALIG LAW FIRM**
**AS BANKRUPTCY CO-COUNSEL TO THE DEBTOR**

Now comes The Gathering Place of Columbus ("Applicant"), and hereby requests, pursuant to 11 U.S.C. §327(a), Fed. R. Bankr. P 2014, and LBR 2014-1, that the Court authorize the employment of Myron N. Terlecky and Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA and Derek Shaw and Calig Law Firm, LLC as bankruptcy co-counsel to the Debtor. In support of its Application, Applicant respectfully represents the following:

__X__ Applicant is the Debtor in the captioned case.

__X___ Applicant wishes to employ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA and Calig Law Firm, LLC to represent it in this case.

__X___ Myron N. Terlecky and John W. Kennedy are members or associates of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA. Derek M. Shaw is a member or associate of Calig Law Firm, LLC. Each is an attorney duly admitted to practice in this Court and is in good standing.

__X__ Applicant has selected Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA and Calig Law Firm, LLC for the reason that they have significant experience in bankruptcy and reorganization matters and are well-qualified to represent the estate.

__X___ The professional services to be rendered by Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA and Calig Law Firm, LLC shall include, but are not limited to, the following: (a) to

advise the Debtor with respect to its rights, powers and duties in this case; (b) to advise and assist the Debtor in the preparation of its petition, schedules, and statement of financial affairs; (c) to assist and advise the Debtor in connection with the administration of this case; (d) to analyze the claims of the creditors in this case, and negotiate with such creditors; (e) to investigate the acts, conduct, assets, rights, liabilities and financial condition of the Debtor and the Debtor's business; (f) to advise and negotiate with respect to the sale of any or all assets of the Debtor; (g) to investigate, file and prosecute litigation of behalf of the Debtor; (h) to propose a plan of reorganization; (i) to appear and represent the Debtor at hearings, conferences, and other proceedings; (j) to prepare and/or review motions, applications, orders, and other filings filed with the Court; (k) to institute or continue any appropriate proceedings to recover assets of the estate; and (l) to perform any and all such other legal services as may be required that are in the best interest of the estate or its creditors.

__X___  Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA and Calig Law Firm, LLC do not hold or represent any interest adverse to the estate as required by 11 U.S.C. §327(a), except as set forth in the Affidavit of Counsel attached hereto as Exhibits A and B.

__X___  Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA and Calig Law Firm, LLC are disinterested persons as required by 11 U.S.C. §327 and as defined in 11 U.S.C. §101(14).

__X___  Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA and Calig Law Firm, LLC propose to perform legal services in connection with its employment on an hourly basis, at their usual and customary hourly rates, plus reimbursement of reasonable and necessary expenses. Attorneys' current hourly rates are $350/hour for Myron N. Terlecky, $300/hour for John W. Kennedy, $225/hour for Derek M. Shaw and $100/hour for paraprofessionals. These hourly rates

are subject to periodic adjustments. Notice of any such adjustments shall be filed with the Court within 30 days of the effective date of the adjustment.

\_\_\_\_\_ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA has been paid $0.00 in fees and/or expenses from the Debtor from a period of one year prior to the filing of the Debtor's petition through the date of this Application. The fees were paid on N/A. The source of the fees was N/A.

\_\_X\_\_ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA and Calig Law Firm, LLC will submit interim and final applications for compensation and reimbursement of expenses in accordance with the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and such other and further orders as the Court may enter.

\_\_\_\_\_ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA has received no funds from the Debtor or the Debtor's estate from a period of one year prior to the filing of the Debtor's petition through the date of this Application.

\_\_X\_\_ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA received a retainer in the amount of $20,000.00 from the Debtor and Calig Law Firm, LLC received a retainer in the amount of $5,000.00 within one year prior to the filing of the petition through the date of this Application. The retainers were paid on April 21, 2021. The source of the retainers was the Debtor. Funds from the retainer were used to pay the Court filing fee. The balance of the retainer has been placed in the Firms' Trust Accounts pending further order of the Court permitting the application of funds from the retainer to payment of fees and reimbursement of expenses.

\_\_\_\_\_ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA has received or sought no retainer from the Debtor within one year prior to the filing of the petition through the date of this Application.

__X___   To the best of Applicant's knowledge, Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA and Calig Law Firm, LLC has no connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set forth on the Attached Exhibits A and B.

__X__   The proposed employment of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA and Calig Law Firm, LLC is not prohibited by or improper under Fed. R. Bank. P. 5002.

WHEREFORE, Applicant moves for an Order of this Court authorizing the retention and employment, as of the date of this Application, of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA and Calig Law Firm, LLC as attorneys for the estate, to be compensated as set forth above.

Respectfully submitted,

The Gathering Place of Columbus

Dated:  May 3, 2021

  /s/ Lateef A. Hafeez  
Lateef A. Hafeez
Its President

  /s/ Myron N. Terlecky  
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, Ohio 43215-5759
Telephone: (614) 228-6345
Facsimile: (614) 228-6369
Email:  mnt@columbuslawyer.net
            jwk@columbuslawyer.net
Proposed Attorneys for Debtor and Debtor-in-Possession

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 21-51509 |
| | : | |
| The Gathering Place of Columbus, | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Preston |

**AFFIDAVIT OF COUNSEL**

STATE OF OHIO         }
                     } ss:
COUNTY OF FRANKLIN    }

I, Myron N. Terlecky, being duly sworn, hereby declare under penalty of perjury the following:

I am a partner at the Law Firm of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA, and I am duly authorized to make this Affidavit on behalf of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

My mailing address, telephone number, email address and state bar number are:

Myron N. Terlecky (0018628)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, Ohio 43215-5759
Telephone: (614) 228-6345
Facsimile: (614) 228-6369
Email: mnt@columbuslawyer.net

I am an Attorney licensed and in good standing to practice in the State of Ohio and am duly admitted to practice in the United States District Court, Southern District of Ohio.

The representations set forth in the Application for Retention and Employment of Strip,

- 5 -

Hoppers, Leithart, McGrath & Terlecky Co., LPA and Calig Law Firm, LLC as Bankruptcy Co-Counsel for the Debtor are true and correct.

Neither I nor Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA have any past or present relationship to the Debtor, the Trustee, any creditor, or equity security holder of the Debtor(s), except as set forth below.  Further, neither I nor Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA have any connection with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that:

a. I am a member of the private panel of Chapter 7 Trustees maintained by the United States Trustee.

b. Attorney Kristie Campbell of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA previously represented Lateef A. Hafeez, president of the Debtor, in a family law matter unrelated to the Debtor or the interests of the estate.  Prior to the date the Debtor filed its petition in this case, this representation of Pastor Hafeez was terminated and Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA waived any remaining claims against Pastor Hafeez for attorney fees.

Neither I nor Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA hold or represent an interest adverse to the estate.

I and Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA are disinterested persons as required by 11 U.S.C. §327 and as defined in 11 U.S.C. §101(14), except <u>None</u>.

My proposed employment and the employment of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA are not prohibited by or improper under Fed. R. Bankr. P. 5002.

I have not received any compensation herein within one year prior to the filing of the

- 7 -

Debtor's petition through the date of the Application, except <u>None</u>.

      I declare under penalty of perjury that the foregoing is true and correct.

                              <u>/s/ Myron N. Terlecky</u>
                              Myron N. Terlecky

      Sworn to before me and subscribed in my presence this 3rd day of May, 2021. *This is a jurat certificate; an oath or affirmation was administered to the signer with regard to this notarial act.*

                              <u>/s/ Mary L. Villarreal</u>
                              Notary Public
                              My commission expires: 1-26-2026

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 21-51509 |
| | : | |
| The Gathering Place of Columbus, | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Preston |

**AFFIDAVIT OF COUNSEL**

STATE OF OHIO           }
                                     } ss:
COUNTY OF FRANKLIN  }

I, Derek M. Shaw, being duly sworn, hereby declare under penalty of perjury the following:

I am a partner at the Law Firm of Calig Law Firm, LLC, and I am duly authorized to make this Affidavit on behalf of Calig Law Firm, LLC. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

My mailing address, telephone number, email address and state bar number are:

Derek M. Shaw (0088076)
Calig Law Firm, LLC
513 East Rich Street
Columbus, Ohio 43215-5584
Telephone: (614) 252-2300
Facsimile: (614) 252-2558
Email: dshaw@caliglaw.com

I am an Attorney licensed and in good standing to practice in the State of Ohio and am duly admitted to practice in the United States District Court, Southern District of Ohio.

The representations set forth in the Application for Retention and Employment of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA and Calig Law Firm, LLC as Bankruptcy Co-Counsel for the Debtor are true and correct.

Neither I nor Calig Law Firm, LLC have any past or present relationship to the Debtor, the Trustee, any creditor, or equity security holder of the Debtor(s), except <u>None</u>. Further, neither I nor Calig Law Firm, LLC have any connection with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except <u>None</u>.

Neither I nor Calig Law Firm, LLC hold or represent an interest adverse to the estate.

I and Calig Law Firm, LLC are disinterested persons as required by 11 U.S.C. §327 and as defined in 11 U.S.C. §101(14), except <u>None</u>.

My proposed employment and the employment of Calig Law Firm, LLC are not prohibited by or improper under Fed. R. Bankr. P. 5002.

I have not received any compensation herein within one year prior to the filing of the Debtor's petition through the date of the Application, except <u>None</u>.

I declare under penalty of perjury that the foregoing is true and correct.

              /s/ Derek M. Shaw
              Derek M. Shaw

Sworn to before me and subscribed in my presence this 29th day of April, 2021.
*This is a jurat certificate; an oath or affirmation was administered to the signer with regard to this notarial act.*

              /s/ Sonia T. Walker
              Notary Public
              My commission has no expiration.
              Section 147.03 R.C.

## NOTICE OF APPLICATION FOR THE EMPLOYMENT AND RETENTION OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., LPA AND CALIG LAW FIRM, LLC AS BANKRUPTCY CO-COUNSEL TO THE DEBTOR AND CERTIFICATE OF SERVICE

The Debtor and Debtor in Possession has filed an application seeking to employ the Law Firms of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA and Calig Law Firm, LLC as attorneys for the Debtor and Debtor-in-Possession.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Application, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the Application**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF system.

The Court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

United States Trustee
170 North High Street, Suite 200
Columbus, Ohio 43215

Myron N. Terlecky, Esq.
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, Ohio 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief without further notice or hearing.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the *APPLICATION FOR EMPLOYMENT AND RETENTION OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., LPA AND CALIG LAW FIRM, LLC AS BANKRUPTCY CO-COUNSEL TO THE DEBTOR* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by First Class U.S. Mail on May 3, 2021, addressed to the Debtor, the Office of the United States Trustee, the twenty largest unsecured creditors, all secured creditors and those other parties set forth on the attached mailing matrix.

                                   /s/ Myron N. Terlecky
                                   Myron N. Terlecky (0018628)

THE GATHERING PLACE OF COLUMBUS
3550 E DESHLER AVE
COLUMBUS OH 43270

DEREK M SHAW
CALIG LAW FIRM
513 E RICH ST #210
COLUMBUS OH 43215

AMERICAN ELECTRIC POWER
ATTN BANKRUPTCY
P O BOX 371496
PITTSBURGH PA 15250-7496

BLUE TECHNOLOGIES INC
C/O WELTMAN WEINBERG & REIS
323 W LAKESIDE AVE #200
CLEVELAND OH 44113

COLUMBIA GAS OF OHIO
P O BOX 117
COLUMBUS OH 43216

COLUMBUS-CITY TREASURER – FIRE
90 WEST BROAD ST
COLUMBUS OH 43215

DEENA SAID
7451 BUNKER RIDGE DR
BLACKLICK OH 43004

HABITEC SECURITY INC
611 SUNBURY RD
DELWARE OH 43015

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
ATTN U S ATTORNEY SOUTHERN DISTRICT OF OHIO
303 MARCONI BLVD #200
COLUMBUS OH 43215

U S ATTORNEY GENERAL
MAIN JUSTICE BLDG ROOM 5111
10TH & CONSTITUTION AVE N W
WASHINGTON DC 20530

ROENESHIA FINNEY
2935 E MAIN ST APT 91045
COLUMBUS OH 43215

SILCO FIRE & SECURITY
10765 MEDALLION DR
CINCINNATI OH 45241

THE HUNTINGTON NATIONAL BANK
2361 MORSE RD
COLUMBUS OH 43229

WOW BUSINESS
7887 EAST BELLEVIEW AVE #1000
ENGLEWOOD CO 80111

Z PROMOTIONS
C/O JARED WILKIE ESQ
2007 LAKE POINT WAY
LOUISVILLE KY 40223

HEARTLAND BANK
850 N HAMILTON RD
COLUMBUS OH 43230

DAVID A SKROBOT
MATTHEW J KUNSMAN
FISHER SKROBOT & SHERAW LLC
471 EAST BROAD ST #1810
COLUMBUS OH 43215-3863

JAMES A COUTINHO
ALLEN STOVALL NEUMAN & ASHTON LLP
17 S HIGH ST #1220
COLUMBUS OH 43215

U S TRUSTEE OFFICE
ATTN MATTHEW M MCDONALD III
170 N HIGH ST #200
COLUMBUS OH 43215

TCT EQUIPMENT FINANCE
1110 WAYZATA BLVD #801
HOPKINS MN 55305

CHURCH MUTUAL
3000 SCHUSTER LN
MERRILL WI 54452-0357

IRON MOUNTAIN
777 N JAMES RD
COLUMBUS OH 43219

LOCAL WASTE SERVICES LTD
1300 SOUTH COLUMBUS AIRPORT RD
COLUMBUS OH 43207

OHIO BUREAU OF WORKERS COMPENSATION
ATTN LAW SECTION
BANKRUPTCY UNIT
P O BOX 15667
COLUMBUS OH 43215

OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
P O BOX 530
COLUMBUS OH 43216

PAWNEE LEASING CORPORATION
3801 AUTOMATION WAY #207
FORT COLLINS CO 80525

PROCARE CARPET CLEANING CO LLC
10 E SCHROCK RD #230
OSTRANDER OH 43061

PURE WATER TECHNOLOGY LLC
5112 RICHMOND RD
BEDFORD OH 44146

| | | |
|---|---|---|
| ALLIANCE BUS GROUP INC<br>1926 HYANNIS CT<br>COLLEGE PARK GA  30337 | GORMAN VESKAUF HENSON &<br>WINEBERG<br>202 N LIMESTONE ST #100<br>SPRINGFIELD OH  45503 | OHIO ATTORNEY GENERAL<br>COLLECTION ENFORCEMENT<br>ATTN BANKRUPTCY UNIT<br>150 E GAY ST 21ST FL<br>COLUMBUS OH  43215 |